# United States District Court

SOUTHERN DISTRICT OF NEW YORK

XIUFENG (LOUISA) CHEN,
(A# 096366229)

**SUMMONS IN A CIVIL CASE**

V.

ANDREA J. QUARANTILLO, Director of New York District Office of the U.S. Citizenship & mmigration Services; EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services; and MICHAEL CHERTOFF, Secretary, Department of Homeland

CASE NUMBER:

**07 CV 3092**

JUDGE RAKOFF

TO: (Name and address of defendant)

Andrea J. Quarantillo
Director of New York Office, U.S. Citizenship & Immigrations Services
26 Federal Plaza
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN P FOUDY, ESQ
C/O ROSNER NOCERA & RAGONE LLP
110 WALL STREET, 23RD FLOOR
NEW YORK, NY 10005

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE   APR 1 7 2007

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN   DISTRICT OF   NEW YORK

XIUFENG (LOUISA) CHEN,
(A# 096366229)

**SUMMONS IN A CIVIL CASE**

V.

ANDREA J. QUARANTILLO, Director of New York District Office of the U.S. Citizenship & mmigration Services; EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services; and MICHAEL CHERTOFF, Secretary, Department of Homeland

CASE NUMBER: 07 CV 3092

JUDGE RAKOFF

TO: (Name and address of defendant)

Emilio Gonzalez, Director, U.S. Citizenship & Immigration Services
No. 20 Massachusetts Avenue NW, Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN P FOUDY, ESQ
C/O ROSNER NOCERA & RAGONE LLP
110 WALL STREET, 23RD FLOOR
NEW YORK, NY 10005

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

DATE   APR 17 2007

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

XIUFENG (LOUISA) CHEN,
(A# 096366229)

**SUMMONS IN A CIVIL CASE**

V.

ANDREA J. QUARANTILLO, Director of New York District Office of the U.S. Citizenship & mmigration Services; EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services; and MICHAEL CHERTOFF, Secretary, Department of Homeland

CASE NUMBER:

**07 CV 3092**

JUDGE RAKOFF

TO: (Name and address of defendant)

Michael Chertoff, Secretary, Department of Homeland Security
Washington, DC, 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN P FOUDY, ESQ
C/O ROSNER NOCERA & RAGONE LLP
110 WALL STREET, 23RD FLOOR
NEW YORK, NY 10005

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

APR 17 2007

DATE

## CERTIFICATE OF SERVICE

I, John P. Foudy, hereby certify that I served a true and correct copy of the Complaint in this matter, the Summons, the assigned Judge's Individual Rules, USDC/SDNY Instruction for Filing an Electronic Case or Appeal, and USDC/SDNY Guidelines for Electronic Case Filing upon the following parties via certified mail, return receipt requested on April 19, 2007:

Civil Process Clerk
U.S. Attorney's Office
Southern District of New York
86 Chambers Street
New York, NY 10007

Andrea J. Quarantillo
Director of New York Office
U.S. Citizenship & Immigrations Services
26 Federal Plaza, 7th Floor
New York, NY 10278

Emilio Gonzalez
Director, U.S. Citizenship
& Immigration Services
No. 20 Massachusetts Avenue NW,
Washington, DC 20529

Michael Chertoff, Secretary, Department of
Homeland Security
Office of General Counsel
Washington, DC 20528

I declare under penalty of perjury that the foregoing information contained in the Certificate of service is true and correct.

Dated: New York, New York
April 19, 2007

John P. Foudy (JF-7322)

Attorneys for Plaintiffs
c/o Rosner Nocera & Ragone LLP
110 Wall Street, 23rd Floor
New York, New York 10005
(212) 635-2244