```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
XIUFENG CHEN,                        :
                                     :
              Plaintiff,             :   07 Civ. 3092 (JSR)
                                     :
         -v-                         :         ORDER
                                     :
ANDREA J. QUARANTILLO, EMILIO        :
GONZALEZ, and MICHAEL CHERTOFF       :
                                     :
              Defendants.            :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On the representation of the parties that the case has become moot, see transcript 7/31/07, this case is hereby dismissed, without prejudice to plaintiff moving to vacate judgment if she does not receive notice, within 30 days, that her application for a green card has been approved.

SO ORDERED

Dated: New York, NY
       July 31, 2007

*[signature]*
JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-07